THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTH AND WELFARE TRUST (INCLUDES VACATION ALLOWANCE), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, et al.,<br><br>Defendants. | CASE NO. C12-0786-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Pursuant to Plaintiffs' Notice to Strike Hearing (Dkt. No. 21), in which Plaintiffs request that the Court strike from the calendar the September 28, 2012 noting date for their summary judgment motion, the Court hereby TERMINATES the motion (Dkt. No. 12) from the docket. If the parties are unable to settle their dispute, as they suggested they would in the joint status report of September 20, 2012 (Dkt. No. 19), Plaintiffs may re-file the motion at any point after the parties provide an update to the Court on October 19, 2012 regarding the status of the case.

//

MINUTE ORDER, C12-0786-JCC
PAGE - 1

1     DATED this 2nd day of October 2012.

2                           William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk

MINUTE ORDER, C12-0786-JCC
PAGE - 2